**FILED**

10/25/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0525

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 22-0525

IN THE MATTER OF THE ESTATE
OF CARL SCOTT, Deceased,

     Appellant.

v.

**ORDER**

DAVID SCOTT and DAVID SCOTT as
Personal Representative of KENNETH
SCOTT, Deceased,

     Appellee.

As a general rule, this Court does not entertain motions regarding mediation practice. The parties have agreed that they be granted additional time to submit their respective statements of position; however, any such extension may only be had at the discretion of the mediator.

IT IS HEREBY ORDERED that the motion for extension is DENIED.

IT IS FURTHER ORDERED that Appellant's brief shall be due 30 days after the mediator's report is filed.

*Order*

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 25 2022